IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DALLAS R. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:10cv804-MHT |
| | ) | (WO) |
| ALL ENFORCEMENT AND JUDICIAL SYSTEMS, MONTGOMERY COUNTY, ALABAMA, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On November 10, 2010, the magistrate judge filed a recommendation (Doc. # 6) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 6) is adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of December, 2010.

      /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE