IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DALLAS R. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:10cv804-MHT |
| | )                  (WO) |
| ALL ENFORCEMENT AND JUDICIAL SYSTEMS, MONTGOMERY COUNTY, ALABAMA, et al., | ) ) ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is ORDERED and ADJUDGED that this action is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of December, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE